UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

|  |  |
|---|---|
| JEREMY HANNAFORD,<br><br>      Plaintiff,<br><br>  v.<br><br>ARTHUR & SHIRLEY, INC.,<br><br>      Defendant. | No.  C23-2013RSL<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*.  The complaint in the above-captioned matter was filed on January 4, 2024.  To date, service of the summons and complaint has not been made on defendant as required by Fed. R. Civ. P. 4(m).  Plaintiff is hereby ORDERED to show cause why the complaint should not be dismissed.  Plaintiff shall file a responsive brief no later than April 19, 2024.  The Clerk of Court shall note this Show Cause on the Court's calendar for April 22, 2024.

DATED this 5th day of April, 2024.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE